UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br>v.<br>ANHEUSER-BUSCH INBEV SA/NV,<br>ANHEUSER-BUSCH COMPANIES, LLC,<br><br>and<br><br>CRAFT BREW ALLIANCE, INC.,<br><br>        *Defendants*. | Civil Action No.: 4:20-cv-01282-SRC |

**PLAINTIFF UNITED STATES' STATUS REPORT**

The United States submits this status report in response to the Court's March 4, 2021, Order (Dkt. No. 24), directing the United States to advise the Court as to the following aspects of the Tunney Act process:

**(1) The status of the public comment-and-response process**

The public comment period closed January 8, 2021. The United States received two public comments in response to the proposed Final Judgment. One comment is from the State of Hawaii through its Office of the Attorney General. The other comment is from competitor Maui Brewing Co.

**(2) The United States' timing in filing the comments and response with the Court**

After carefully considering the public comments, the United States continues to believe that the proposed Final Judgment provides an effective and appropriate remedy for the antitrust violation alleged in the Complaint, and is therefore in the public interest. The United States

anticipates filing the two public comments and its Response to Public Comments on the Proposed Final Judgment with this Court by March 22, 2021.

**(3) The United States' timing in potentially moving for entry of the proposed Final Judgment**

Once the United States files its Response to Public Comments on the Proposed Final Judgment with this Court, the United States will then move this Court to enter the Final Judgment as soon as practicable after the public comments and the United States' Response to Public Comments on the Proposed Final Judgment are published as required by 15 U.S.C. § 16(d).

Dated: March 15, 2021

                                                     Respectfully Submitted,

                                                     FOR PLAINTIFF
                                                     UNITED STATES OF AMERICA

                                                     */s/*_____
                                                     JILL C. MAGUIRE (DC#979595)
                                                     U.S. Department of Justice
                                                     Antitrust Division
                                                     Assistant Chief
                                                     Healthcare & Consumer Products Section
                                                     450 Fifth Street, NW, Suite 4100
                                                     Washington, DC 20530
                                                     Tel: (202) 598-8805
                                                     Fax: (202) 307-5802
                                                     Email: jill.maguire@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I, Jill C. Maguire, hereby certify that on March 15, 2021, I caused a copy of the Plaintiff United States' Status Report to be served on Defendants Anheuser-Busch InBev SA/NV, Anheuser-Busch Companies, LLC, and Craft Brew Alliance, Inc., by mailing the documents electronically to their duly authorized legal representative as follows:

For Defendants Anheuser-Busch InBev SA/NV, Anheuser-Busch Companies, LLC, and Craft Brew Alliance, Inc:

STEVEN C. SUNSHINE
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005
Tel: (202) 371-7860
Fax: (202) 661-0560
Email: steve.sunshine@skadden.com


                                                           */s/*_____
                                                 JILL C. MAGUIRE (DC#979595)
                                                 U.S. Department of Justice
                                                 Antitrust Division
                                                 Assistant Chief
                                                 Healthcare & Consumer Products Section
                                                 450 Fifth Street, NW, Suite 4100
                                                 Washington, DC 20530
                                                 Tel: (202) 598-8805
                                                 Fax: (202) 307-5802
                                                 Email: jill.maguire@usdoj.gov